UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

                          Plaintiff,

        v.

THE FORTUNE 500, *et al.*,

                          Defendants.

CASE NO. 2:26-cv-02009-DGE-GJL

REPORT AND RECOMMENDATION

Noting Date: July 2, 2026

Plaintiff John Demos, Jr., a state prisoner, has filed an Application to Proceed *In Forma Pauperis* ("IFP") (Dkt. 1 at 56–73) and a proposed civil rights Complaint (Dkt. 1–55). As discussed below, the Court **RECOMMENDS** the proposed Complaint be **DISMISSED** and the IFP Application be **DENIED**.

Plaintiff is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993). Bar orders of this Court provide that Plaintiff may submit only three IFP applications and proposed actions each year. *See In re John*

REPORT AND RECOMMENDATION - 1

*Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992) ["1992 Bar Order"]; *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982). The 1992 Bar Order further provides that this Court will not accept for filing a proposed complaint unless it "is accompanied by an affidavit that the claims have not been presented in any other action in any court and that [Plaintiff] can and will produce evidence to support his claims." 1992 Bar Order at 3. Additionally, under 28 U.S.C. § 1915(g), Plaintiff must demonstrate "imminent danger of serious physical injury" to proceed IFP because he has had numerous prior actions dismissed as frivolous, malicious, or for failure to state a claim. *See Demos v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999).

Plaintiff may not proceed with this action. Prior to filing this lawsuit, Plaintiff filed at least twenty-five prior lawsuits this year and the 1992 Bar Order provides that Plaintiff may submit only three IFP applications and proposed actions each year. This alone precludes Plaintiff from proceeding with this action.

In addition, Plaintiff has also failed to allege imminent harm or state a claim upon which relief can be granted. In the proposed Complaint, Plaintiff alleges that Defendants, a number of private companies and individuals, have committed fraud against the U.S. Government in numerous ways, including falsifying tax returns and using counterfeit currency to conduct their business. Dkt. 1 at 9–10. Plaintiff does not, however, specify any actions that would give rise to the claims aside from conclusory allegations that Defendants acted improperly. *See generally* Dkt. 1.

Plaintiff's proposed Complaint does not contain "a plausible allegation that [he] faced imminent danger of serious physical injury at the time of filing." *Andrews v. Cervantes*, 493 F.3d 1047 (9th Cir. 2007) (internal citations omitted). Further, the allegations in the proposed

REPORT AND RECOMMENDATION - 2

Complaint are conclusory and appear to be frivolous. Accordingly, the undersigned **RECOMMENDS** Plaintiff's proposed Complaint (Dkt. 1 at 1–55) be **DISMISSED**, the IFP Application (Dkt. 1 at 56–73) be **DENIED**, and this case be **CLOSED**. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14)** days from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 2, 2026**.

Dated this 10th day of June, 2026.

Grady J. Leupold
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3