UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., | CASE NO. 2:26-cv-02009-DGE-GJL |
| Plaintiff, | ORDER ON REPORT AND RECOMMENDATION (DKT. NO. 2) AND PLAINTIFF'S OBJECTIONS (DKT. NO. 3) |
| v. | |
| THE FORTUNE 500 et al., | |
| Defendants. | |

Having reviewed the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge (Dkt. No. 2), Plaintiff's objections (Dkt. No. 3), and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the R&R.

(2)    Plaintiff's proposed Complaint (Dkt. 1 at 1–55) is DISMISSED, Plaintiff's request to proceed *in forma pauperis* (Dkt. 1 at 56–73) is DENIED, and this case is closed.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

ORDER ON REPORT AND RECOMMENDATION (DKT. NO. 2) AND PLAINTIFF'S OBJECTIONS (DKT. NO. 3) - 1

Dated this 8th day of July, 2026.

David G. Estudillo
United States District Judge

ORDER ON REPORT AND RECOMMENDATION (DKT. NO. 2) AND PLAINTIFF'S OBJECTIONS (DKT. NO. 3) - 2